IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVERETT REED, III, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIV. ACT. No. 1:23-cv-00309 |
| v. | § | |
| | § | |
| THE LANE CONSTRUCTION | § | |
| CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF REMOVAL

Defendant The Lane Construction Corporation ("Lane") removes this case to this Court.

## BASIS OF JURISDICTION

1.    This Court has jurisdiction under 28 U.S.C. § 1332 because the action involves citizens of different states and the amount in controversy exceeds $75,000, exclusive of interests and costs.

## STATE COURT ACTION

2.    On January 10, 2023, Plaintiff commenced a civil action against Lane in state court in Travis County, Texas. The state court case is styled *Everett Reed, III, v. The Lane Construction Corporation,* Cause No. D-1-GN-23-000156, 126th District Court, Travis County, Texas.   On February 22, 2023, Plaintiff served Plaintiff's Amended Original Petition on Lane's registered agent.

## Complete Diversity

3.    Plaintiff is a resident of Texas. Plaintiff's Amended Original Petition, ¶2.

4.      Lane is a resident of Connecticut.  It is a Connecticut corporation with its principal place of business at 90 Fieldstone Court, Cheshire, Connecticut 06410. Affidavit of Paula Joiner, Appendix in Support of Removal, p. 7.

5.      Complete diversity exists because Plaintiff is a citizen of Texas and Lane is a citizen of Connecticut.

**Amount in Controversy**

6.      The amount in controversy for jurisdiction is satisfied because Plaintiff seeks "monetary relief over $250,000 but not more than $1,000,000." Plaintiff's Amended Original Petition ¶6.

## REMOVAL PROCEDURE

7.      **Timeliness**: Plaintiff served Lane with Plaintiff's Amended Original Petition on February 22, 2023. Lane removed this case on March 22, 2023. Lane's removal is timely because Lane removed this case within the 30-day deadline in 28 U.S.C. §1446(b).

8.      **Jurisdiction**: Jurisdiction is based on diversity, 28 U.S.C. §1332.

9.      Lane filed a copy of this Notice of Removal in the state court action.

10.      Lane's Appendix in Support of its Notice of Removal contains the following:

   a.   A completed civil cover sheet;

   b.   The docket sheet in the state court action;

   c.   Each document filed in the state court action; and

   d.   A completed certificate of interested persons.

WHEREFORE Defendant The Lane Construction Corporation respectfully requests that the above-described action, now pending in the 126th District Court, Travis County, Texas, Cause No. D-1-GN-23-000156, be removed to the United States District Court for the Western District

2

of Texas, Austin Division, and for any other relief to which it is entitled.

Date:    March 22, 2023.

<div style="margin-left:40%">

Respectfully submitted,

/s/ Brett Myers
Brett L. Myers
Texas State Bar No. 00788101
Brett.myers@wickphillips.com
WICK PHILLIPS GOULD & MARTIN LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: 214.692.6200
Telecopier: 214.692.6255

***ATTORNEYS FOR DEFENDANT THE LANE CONSTRUCTION CORPORATION***

</div>

## CERTIFICATE OF SERVICE

I certify that on March 22, 2023, a true and correct copy of Defendant's Notice of

Removal was served on the following counsel of record electronically:

**PLAINTIFF:**
Ethan L. Shaw
elshaw@shawcowart.com
John P. Cowart
jcowart@shawcowart.com
1609 Shoal Creek Blvd., Ste. 301
Austin, Texas  78701
512-499-8900

<div style="margin-left:40%">

/s/ Brett Myers

</div>

3