IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVERETT REED, III, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIV. ACT. No. 1:23-cv-00309 |
| v. | § | |
| | § | |
| THE LANE CONSTRUCTION | § | |
| CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Everett Reed, III and Defendant The Lane Construction Corporation jointly notify the Court that the parties have resolved all issues in dispute in this case. The parties will submit dispositive documents for the Court's consideration within 20 days of the parties' Joint Notice of Settlement.

Date:   March 26, 2024.

AGREED:

/s/ Ethan L. Shaw
Ethan L. Shaw
Texas State Bar No. 18140480
elshaw@shawcowart.com
John P. Cowart
Texas State Bar No. 04919500
jcowart@shawcowart.com
1609 Shoal Creek Blvd., Ste. 301
Austin, Texas 78701
512-499-8900 telephone
512-320-8906 facsimile

ATTORNEYS FOR PLAINTIFF
EVERETT REED, III

/s/ Brett Myers
Brett L. Myers
Texas State Bar No. 00788101
Brett.myers@wickphillips.com
WICK PHILLIPS GOULD & MARTIN LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: 214.692.6200
Telecopier: 214.692.6255

ATTORNEYS FOR DEFENDANT
THE LANE CONSTRUCTION
CORPORATION

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 26, 2024, a true and correct copy of the foregoing Joint Notice of Settlement was filed and served electronically on counsel for Plaintiff using the ECF filing procedures for the United States District Court for the Western District of Texas:


/s/ Brett Myers