IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVERETT REED, III, | § | NO. 1:23-CV-309-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| THE LANE CONSTRUCTION CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the parties' Agreed Stipulation of Dismissal with Prejudice. (Dkt. # 19.) The Stipulation informs the Court that the parties stipulate to dismissal with prejudice of all claims in the case. (Id.) Pursuant to the Stipulation, the Court hereby **ORDERS** that the case be **DISMISSED WITH PREJUDICE**, with each party to bear their own costs. The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, April 12, 2024.

_____
David Alan Ezra
Senior United States District Judge